IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-72-D
No. 7:15-CV-24-D

| | |
|---|---|
| DENNIS STEPHEN JOHNSTON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | **ORDER** |

The United States shall file a response to petitioner's motion to vacate under 28 U.S.C. § 2255 [D.E. 46, 47]. The response is due not later than June 5, 2015.

SO ORDERED. This **27** day of April 2015.

JAMES C. DEVER III
Chief United States District Judge