IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-72-D
No. 7:15-CR-24-D

| | |
|---|---|
| DENNIS STEPHEN JOHNSTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

Petitioner filed a motion to extend time [D.E. 56] to respond to the government's motion to dismiss petitioner's motion to vacate under 28 U.S.C. § 2255. The motion is granted. If petitioner wishes to file a response, the response shall be filed with the court not later than July 17, 2015. No further extensions will be granted.

SO ORDERED. This 16 day of June 2015.

JAMES C. DEVER III
Chief United States District Judge