IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-72-D
No. 7:15-CV-24-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DENNIS STEPHEN JOHNSTON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion to reduce sentence [D.E. 68].

The response is due not later than June 9, 2017.

SO ORDERED. This _11_ day of May 2017.

JAMES C. DEVER III
Chief United States District Judge